UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-21829-CIV-WILLIAMS/MCALILEY

EUGENIO CARRAL, *et al.*,

    Plaintiffs,

vs.

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

    Defendant.

_____/

## **REPORT AND RECOMMENDATIONS**

    Defendant American Bankers Insurance Company of Florida filed a Partial Motion to Dismiss, which the Honorable Kathleen M. Williams referred to me for a report and recommendation. (ECF Nos. 8, 9). Defendant seeks to dismiss the Amended Complaint because it improperly asserts a claim for attorneys' fees and interest, and a demand for jury trial. (ECF No. 9). Defendants contend that (i) Plaintiffs' claim for attorneys' fees pursuant to Florida Statutes is preempted by federal law, (ii) recovery of interest is barred because it would be a direct charge on the public treasury forbidden by the "no-interest rule," and (iii) a trial by jury is unavailable because of sovereign immunity. (*Id*. at 5-9). Defendant cites ample legal authority to demonstrate the merit of its arguments. (*Id*.).

    Plaintiffs did not respond to the Partial Motion to Dismiss, and the deadline to do so has long passed. Failure to timely serve an opposing memorandum "may be deemed sufficient cause for granting the motion by default." L.R. S.D. Fla. 7.1(c). Plaintiffs' silence is not

surprising given the Certificate of Good Faith Conference set forth in the Partial Motion to Dismiss, which states that "Plaintiffs agreed to file a Second Amended Complaint that does not demand a jury trial or assert a claim for attorney's fees, costs and interest under Florida Statute. However, to date, Plaintiffs have not filed or served a second amended complaint on American Bankers." (*Id*. at 9-10).

For the foregoing reasons, I **RESPECTFULLY RECOMMEND** that the Court **GRANT** Defendant's Partial Motion to Dismiss, (ECF No. 8) and **DISMISS** Plaintiffs' Amended Complaint, (ECF No. 8-1), **WITHOUT PREJUDICE**. If the Court adopts these recommendations, I **FURTHER RECOMMEND** that the Court grant Plaintiffs leave to file a second amended complaint that does not demand a jury trial or assert a claim for interest or attorneys' fees pursuant to state law.

**No later than fourteen days from the date of this Report and Recommendation** the parties may file any written objections to this Report and Recommendation with the Honorable Kathleen M. Williams, who is obligated to make a *de novo* review of only those factual findings and legal conclusions that are the subject of objections. Only those objected-to factual findings and legal conclusions may be reviewed on appeal. *See Thomas v. Arn*, 474 U.S. 140 (1985), *Henley v.* Johnson, 885 F.2d 790, 794 (11th Cir. 1989), 28 U.S.C. § 636(b)(1), 11th Cir. R. 3-1 (2016).

RESPECTFULY RECOMMENDED in chambers at Miami, Florida, this 28th day of July 2021.

_____
CHRIS MCALILEY
UNITED STATES MAGISTRATE JUDGE