UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
Case No. 21-21829-CIV-WILLIAMS

EUGENIO CARRAL, *et al.*,

    Plaintiffs,

v.

AMERICAN BANKERS INSURANCE
COMPANY OF FLORIDA,

    Defendant.
_____/

## **ORDER**

**THIS MATTER** is before the Court on Magistrate Judge Chris McAliley's Report and Recommendation (DE 11). In the Report, Magistrate Judge McAliley recommends granting the unopposed Motion to Dismiss (DE 8) with leave to file a second amended complaint that does not demand a jury trial or assert a claim for attorney's fees, costs and interest under Florida Statute. Plaintiff filed no response to the Motion to Dismiss and no objections to the Report.

Having reviewed the Report, the record, and the applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 11) is **AFFIRMED AND ADOPTED**.
2. The Motion to Dismiss (DE 8) is **GRANTED**. Plaintiff shall file a second amended complaint within seven (7) days of the date of this Order.

**DONE AND ORDERED** in Chambers in Miami, Florida, this <u>4th</u> day of November, 2021.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE